PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE Northern DISTRICT OF TEXAS MAR 1 7 2020
Dallas DIVISION

CLERK, U.S. DISTRICT COURT
By_____
Deputy

Louis Gonzales #2299668
Plaintiff's Name and ID Number

Huntsville Unit - TDCJ
Place of Confinement

3-20CV-666 B

CASE NO._____
(Clerk will assign the number)

v.

Texas Department Of Criminal Justice
Defendant's Name and Address

Nathan Quarterman - TDCJ
Defendant's Name and Address

Steve Rogers - TDCJ
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✗ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: September 2019

        2. Parties to previous lawsuit:

            Plaintiff(s) Louis Gonzales

            Defendant(s) Hale County, Plainview P.d , D.A

        3. Court: (If federal, name the district; if state, name the county.) Lubbock District

        4. Cause number: 5:19 -CV- 00201

        5. Name of judge to whom case was assigned: James Wesley Hendrix

        6. Disposition: (Was the case dismissed, appealed, still pending?) Pending

        7. Approximate date of disposition: _____

Rev. 05/15

# I. Previous Lawsuits:

1. Approximate date of Filing: September 2019
2. Parties to Previous Lawsuit:
   Plaintiff(s) Louis Fred Gunzales
   Defendant(s) Lorie-Davis
3. Court: Lubbock Division
4. Cause number: 5:19-CV-00188
5. Name of Judge Assigned: Sam Cummings
6. Deposition: Pending
7. Approximate date of disposition: _____

1. Approximate date of filing: September 2019
2. Parties to Previous Lawsuit:
   Plaintiff(s) Louis Gunzales
   Defendant(s) Balderas, et al
3. Court: Lubbock Division
4. Cause number: 5:19-CV-00191
5. Deposition: Pending
6. Name of Judge Assigned: Sam Cummings
7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Huntsville Unit, 815 12th St, Huntsville
TX 77348

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ___✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Texas Depart Louis Fred
Gonzales, Huntsville Unit, 815 12th Street,
Huntsville, TX 77348

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Texas Department of Criminal
Justice

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Has become a facilitator/accomplice into Domestic Terrorism

Defendant #2: Nathan Quarterman, Deputy Director of
The Texas Department of Criminal Justice Prison Division

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Has become an accomplice into the Terrorism

Defendant #3: Steve Rogers, Texas Department of
Criminal Justice Correctional Division

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Has taken part in the terrorism to be Continued

Defendant #4: Office of the Inspecter General, Texas
Department of Criminal Justice

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Has become part of the scheme into the Terrorism

Defendant #5: Warden, Byrd unit, Texas
Department of Criminal Justice

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Has become a Faclater/accomplice into the Terrorism

IV. Parties to the Suit:
   A. Name of address of Plaintiff: Inmates
      within the TDCJ unit(s), TDCJ

   B. Full name of each Defendant, Employment:

   Defendant #6: Lorie Davis, Director
   of The Texas Department of Criminal Prison
   Division.
   Briefly describe the acts or omissions of defendant:
   Has become a facilitater of the Domestic
   Terrorism due to Negligence.
   Defendant #7: Byrd Unit, Texas
   Department of Criminal Justice
   Briefly describe the acts or omissions of defendants:
   Employs Actors into the Domestic Terrorism
   Defendant #8: Warden at the Huntsville
   Unit, Texas Department of Criminal Justice
   Briefly describe the acts or omissions of defendant:
   Has become a facilitater of the Domestic
   Terrorism due to official Negligence
   Defendant #9: Huntsville Unit, The
   Texas Department of Criminal Justice
   Briefly describe the acts or omission of defendant:
   Employs persons whom have become
   accomplices/coconspiraters to the
   Domestic Terrorism.

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Statement is attached:

VI.   RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff(s) requests and prays the Court will grant/ remedy the injustice that is entitled to them due to their Constitutional, State and Federal rights being violated and breached.

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Louis Gonzales, Seyp, Picanseyp

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1266380

VIII.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES __✓__NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date sanctions were imposed: _____

4. Have the sanctions been lifted or otherwise satisfied?       ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed?  _____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date warning was issued: _____

Executed on: __3/11/20__
          DATE

                                 _Lou Gapah_

                                 (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __Eleventh__ day of __March__ , 20 __20__ .
         (Day)             (month)         (year)

                                 _Lou Gapah_

                                 (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

## V. Statement of Claim:

Now Comes Pro SE Plaintiff Louis Fred Gonzales and Files this action under 42 U.S.C. § 1983 against the named defendants whom have been violating his and other(s) Constitutional rights by Committing unlawful acts and Criminal activities against citizens of this Nation.

In Support of this action, the Plaintiff states:

### Introduction, Chronology Of Events and Summary Of Claims

### I.

This 1983 Civil Rights action presents the Court with an extraordinary set of Facts, involving petititioner Louis Fred Gonzales and as it will be revealed to the Court additional Plaintiffs whom are entitled to such claims in which the defendants made up of State Agencys, Officers of the State, public Servants and private Citizens have been Knowingly, willingly and with evil intentions

been committing unlawful and henious Acts against the Plaintiff(s) by executing unlawful Electronic Surviellance, Invading into the Privacy of the Plaintiffs by eavesdropping on their everyday lives and activities, actions which are expected by the Citizens of this Nation to be private and protected by Our United States Constitution, State and Federal Law(s).

In which the defendants whom are named and others whom are not due to their knowledge have been conducting this unlawful surviellance for a great length of time in order to defraud the Citizens and the United States of Life, Liberty and property as the activities stated in this action have been obviously conducted for personal agendas and selfishness. As this unlawful electronic surviellance have been executed by officers of the State for ~~too a~~ great length of time ~~it this~~, these Agencys and officers had grown accustom and aquainted with the habits, ~~those~~ with

2.

persons' speech, with their attitudes
and the Targeted Victims personality,
in which the Officers of the State then
took what they learned from this illegal
Surviellance and had taken their
already Criminal activity Further
as Officers of the State and the Agencys
they work for committed additional
Crimes against Plaintiff(s) by using
the Same Electronic Equipment used
to conduct their illegal Electronic
Surviellance with accompanying Electronic
Devices in order to cross a threshold
into Domestic Terrorism by
delivering Terrorristic Threats,
taunting Comments, open Conversations
amongst the officers about and of
the Plaintiff(s) and issuances made
to Plaintiff(s) under Known Personas'
to the Targeted Plaintiff(s) by Simulating
and Fabricating Computer generated voices
of persons known to the Targeted
Plaintiff(s) in order to enhance
the officers Terrorrism by torturing
the Targeted Plaintiffs as the
officers inflicted this Cruel and
unusual treatment to intentionally

3

and purposely bombard the Targeted Plaintiffs with electronic harrassment, stalking and True Threats using Frequency and/or directed energy technology to bring the Targeted Plaintiff(s) under attack as to manapalate, coerce and influence the Plaintiffs into committing acts that are or were not their original or true intentions.

As the officers committed this henious and demonic terroristic activities against the Plaintiff(s), delivering the attacks while the Targeted Persons/ Plaintiffs were in the vicinity of the General Public, revealing the obvious and sadistic intentions of the defendants whom were bombarding the Targeted Plaintiffs with such cruel and unusual treatment in order to push the Plaintiff(s) beyond a normal cool state of mind in hopes the targeted victims would eventually become overwhelmed by such torture and eventually act out Negatively, causing serious bodily harm to oneself, physical harm

4.

to innocent and unaware citezens, even the henious and demonic acts of pushing the targeted victims into committing murder,

As its obvious and apparrent the defendants executed these illegal and terrorrnstic activities with intentions and knowledge what could be caused by such evil actions,

to purposely conduct such ill and sick acts towards citizens of this nation have revealed this group of Rogue Officers and Agencys have had no remorse or appreciation of the value of a persons life by the defendants actions and longetivity of their Domestic Terrorrism says such.

As petitioner Louis Fred Gonzales had become incocerated in May 2018, he was confronted to the Continued Acts of terrorrism being performed by the officers of the State while in Hale County Jail, Lubbock County Jail and in the Correctional Facilties of The Texas Department of Criminal Justice, in which Louis Fred Gonzales and others had begun to make

5.

Contact with Court appointed Attorneys and outside law enforcement Agencys in order to inform and File Complaints against the officers and the Agencys whom employed them as of September 2018.

## II.

1.    The Following is a brief summary of the Chronology of events and Claims associated with this action in which were Filed in a Civil Litigation in the Lubbock Division of The Federal Courts' in September 23, 2019; 5:19-cv-00201 and 5:19-cv-00275, while Plaintiff was held at Lubbock County Jail on a bench warrant For 11 months, But as Petitioner was remanded to the Custody of The Texas Department of Criminal Justice on January 14, 2020, Louis Fred Gonzales was Confronted with the Continuance of Domestic Terrorism being conducted and executed by the Named defendants on the above stated Styled Cause numbers and Now with the assisstance of some public

6.

Servants whom are employed within
The Texas Department of Criminal
Justice Prison System in order to
have become a Facilitator, an
accomplice to this Domestic Terrorrism.

As this Rogue group of officers
Continue to put peoples lives in harms
way, including public Servants whom
are unaware that they have Fellow
Co-workers, and peers whom wear
the Same color, as they are terrorrizing
targeted Victims by such henious
and demonic acts, but yet actions
lead and executed by pure stupidity.

The officers of the state and
the Agencys that employ them have
been conducting illegal electronic
surviellance and terrorrizing Citizens
of this nation by issuing terrorristic
threats to targeted Victims through
the usage of electronic equipment
and devices for a Gareat length of
period, as this Civil and Criminal
Activities had orginally been Filed
in September 23, 2019 in the Federal
Courts,
But the Plaintiff has been encountered

7.

with the officers of the state delivering the Continuance Terrorism after the filing the previous mentioned Civil actions, in which brings New claims and Plaintiff(s) and defendants by the Continuance of this Criminal activity.

2.  On or about December 2019, Louis Fred Gonzales was in the custody of Lubbock County, TX; the Plaintiff was transported to UMC Hospital by two Lubbock County Sherriff officers to visit a bone specialist due to a broken wrist. The Plaintiff was under attack by officers of the state as the officers issued True threats, terrorrizing him while being transported to the hospital through the usage of established communication/surveillance system,

In which the officers and Agency(s) continued to deliver this Domestic Terrorrism, this Cruel and unusual treatment while and within the UMC Hospital, as the officers and Agencys now committed additional crimes against the citizens within)

8

the hospital, as the officers continued
to bom bombard Louis Gonzales with
terroristic threats in hopes committing
such actions in a new area would
better the officers chances in influencing
and coercin Louis Gonzales to act out
negatively towards the innocent and
unaware hospital staff and citizens
within the hospital, intentionally
coercin for the continuance of acts
of capital murder.

3.     On or about <u>December 2019</u>,
at Lubbock County Jail while the
inmates and unaware public servants
were under these acts of terrorism,
as the officers continued to deliver
this cruel and unusual treatment
and terture in order to intentionally
cause the targeted victims harm
by the usage of Physociological
warfare tactics and methods
which continued to be delivered through
the established electronic devices
and equipment,
There had been numerous of inmates
whom have tried to take their own
lives, as in which sadly there were

9.

a Few whom did pass away,
And there has been altercations with
inmates and the Jail staff which had
become physical throughout the
period of this Terrorism,
Terrorism which had been established
with the Facility and other agencys,
including Lawyers from within the
~~Communit~~ Surrounding Communties,
which states the obvious, the inmates
whom had taken their lives and the
~~at~~ physical altercations between staff
and inmates whom are confine due to
pre trial detention have and were coerced
to commit such henious acts,
So this Rogue group of officers have been
Committing Capital murder.
4.          On or about January 14, 2020,
    Louis Gonzales is on Special chain
    in order to be remanded to the
    Custody of TDCJ, as two Lubbock
    County Sheriff's officers transport
    him to the Byrd unit in Huntsville,
    tx,
        And doring the transport, this
    Rogue group of officers Continue to
    deliver their Cruel and unusual

10.

treatment as the officers issued
comments and terrorristic threats
as this group delivered the sound of a
female and other times, the sound
of a male child crying, and while this
child is crying, an officer then comes
into the issuance of the crying child
and begins to make demanding suggestions
and what sounds like sexual grunts as
the male officer is playing executing this,
the child begins to scream and cry out
louder, as if he or she is being put
through pain, as if the officer is raping
the child, and when while this issuance
is being delivered, a female persona,
an officer states "Picanseyo, you
hear that, thats your daughter Trinity
screaming, Morton is raping her" and
"Picanseyo, you hear that, thats your
Son Randy being raped by Morton";
As Louis Gonzales has 4 children,
and the officers of the state are so
pathetic, weak and yet sadistic in
order to use the Plaintiff's two
youngest children, 10 and 13 years
old in their terrorism, in these
terrorristic threats, and torture,

11.

5.      On or about <u>January 14, 2020</u>, Louis Gonzales is remanded to the Custody of The Texas Department Of Criminal Justice Prison System, the James Byrd Unit.

As the Plaintiff(s) Is encountered with the Domestic terrorrism is being Continued in the Byrd Unit, a TDCJ Correctional Facility, as the Continued Cruel and unusual treatment is steadily being delivered by this Rogue group of officers everyday, all day and night.

6.      ON or about <u>January 30, 2020</u>, the Plaintiff is on chain and housed at "The Walls", the Huntsville Unit in Huntsville, Tx where this group of sad and pathetic officers have Continued to conduct this terture, this Cruel and unusual treatment and acts of Capital murder.

<u>Agencys And Persons Whom have Been Contacted throughout The Criminal Activities</u>

## III.

7.      ON or about <u>11/19/19</u>, "The Commission on Jail Standards" were Contacted and

12.

informed of the Criminal activities being performed by officers and Jails, as The Agency had responded in a letter ~~on~~ dated 11/26/19, "we have recieved your letter but we are Not going to take any actions due to a Civil Litigation Pending: 5:19-cv-00201".

As Keley Rowe whom is a named defendant in previous filed Civil actions pertaining to this Domestic Terrorism is also a Board member in the above mentioned Agency and the Sherriff at Lubbock County.

8. On or about 11/25/19, I had Contacted the Office of the Inspector General in Huntsville, Tx about the mentioned Terrorrism being Committed by officers,

The Office of the Inspector General of The Texas Department of Criminal Justice had responded back with their response dated December 04, 2019, stating "they had recieved my Correspondence in regards to the Complaints against the officers, district attorneys and County Jails but the office of the Inspector General

13.

has no jurisdiction over crimes that do not fall under their investigative purview, within the Prison system, in which they were not going to conduct an investigation,"

But as Plaintiff was confronted to continous cruel and unusual treatment and torture being conducted by officers of the state and the Agencys whom employ these individuals,

The Plaintiff had contacted the office of the Inspecter General to inform their office the previous mentioned allegations and complaints made of the about the officers in a letter dated 11/25/19 had evolved with its continued terrorrism within the correctional facilties of the TDCJ,

The office of the OIG had responded back with a letter stating "They were not going to conduct an investigation".

9.      On or about <u>December 2018,</u> Plaintiff had given to Hale County Court appointed Attorney Jerry Matthews of Dimmitt, TX a 250

14.

page statement stating the Terrorism which was being inflicted by officers upon citizens of the Nation, as Mr. Matthews had stated "This is a Civil Case, I'm not a Civil attorney, you will need to hire and seek outside assistance for this"

10.      On or about <u>September 2018</u>, Hale County Inmates Michael Lopez and A.J Chumacero had come forward to Louis Gonzales and both had begun to state to Plaintiff they know what has been going on, they know the Cops have been fucking with him, they know the Cops have been talking shit to him and both mentioned inmates also stated they were able to pick up on the terroristic threats being directed to Louis Gonzales,

Especially at nights after rack-up and everyone was asleep,

Inmate Michael Lopez stated this was when he could hear the Cops still making threats and he knew "John", a private Citizen was assisting these Cops,

      This was when we Inmates

15.

began informing our court appointed
attorneys of the activity by U.S mail,
and began to inform our families
of the illegal activites being committed
to us and others.

11.　　On or about <u>September 2018</u>
through December 2018, three letters
were sent to the office of The Texas
Rangers in Lubbock, TX by U.S mail
from Hale County Jail.

12.　　On or about <u>January 28, 2019,</u>
Louis Gonzales had informed the
242nd District Court of Hale County
at his sentencing of counsels
ineffectiveness and to the officers
harrassement, as Judge Hukill had
stated "I'm glad you were able to use
this time to relieve your frustrations",
as mr. matthews then replies "Your
Honor, about what my client had just
stated, I've discussed with him what
his best options are"

13.　　On or about <u>Febuary - April</u>
<u>2019</u>, Plaintiff ~~had was~~ was appointed
Counsel Brianna Argueta of Lubbock
TX whom was looking into Plaintiffs
criminal proceedings and his

allegations, as Mrs. Argueta had stated "she and her office had come to the conclusion there was strong evidence of police misconduct and corruption and could not believe the officers would do so much, would go so far as this".

14.     On or about April 2019 through July 2019, Plaintiff was appointed Counsel Crook & Jordan of Lubbock, TX, currently at Austin, TX for the pending Case at Lubbock County and had informed Appointed Counsel of the terrorism being Conducted in letters.

15.     On or about September 2019 through January 14, Plaintiff was appointed Counsel Robert Heald of Lubbock, TX when Plaintiff had also informed Counsel of the Domestic Terrorism.

16.     On or about December 2019, Plaintiff, Louis Gonzales had formally filed Criminal Complaints against the officers and Agencys through U.S mail, as the formal complaints were filed with The Lubbock Sherriff's Office, The Internal Affairs at The Lubbock Police Dpt, The Texas Rangers

17.

Office in Brownfield, TX, The Lamb County Sheriff's Dpt, The Hale County Sherriff's office, The Plainview Police Dpt, The Institute on Law Enforcement, The Commission on Judicial Conduct, U.S. Attorney's Office at Lubbock, TX, The Attorney General in Lubbock, TX.

17. On or about <u>November 2019</u> the Plaintiff had Contacted The State of Texas - Civil Rights office in Lubbock, TX, Lt. Gov. Dan Patrick, State Representative - Dustin Burrows, State Senator Charles Perry, State Senator Kel Seliger, Homeland Security in Lubbock, TX, The Texas Advocacy Project in Austin, TX, Texas Council on Family Violence in Austin, TX, Texas Inmate Families Association in Austin, TX, Advocates for Human Rights in Minneapolis, MN, The National Cure in Washington, DC, Southern Center for Human Rights in Atlanta, Ga, Texas Commission on Jail Standards, The Texas Jail Project in Austin TX, Coalition for Prisoner's Rights in Sante Fe, NM, Office of The

18.

Inspector General in Huntsville, TX, Mothers and Fathers for the Advancement of Social Systems in Dallas, TX, The Prison Justice League in Austin, TX, The ACLU National Prison Project in Washington, DC, The Southern Poverty Law Center in Montgomery, AL in regards to the Criminal and Civil breaches the officers of the state and its Agencys are conducting against the Citizens of this Nation.

18.      On or about <u>May 2019</u> the Plaintiff had also Contacted Numerous other Agencys, organizations and Lawyers in reference to this ordeal in order to seek assisstance to bring this Domestic Terrorism to light, as the activities being Conducted and executed by this Rogue group of Officers and private citizens have been Criminal and Physchopathetic, As a Lubbock, TX firm did state "they could not assisst in the matter(s) because it would be a Conflict of Interest".

19.      On or about <u>September 2019</u>, Plaintiff had also filed a Complaint

19.

Habeas Corpus with the Court of Criminal Appeals on the grounds of the numerous wrongs the officers and prosecution had committed during the Hale County Criminal Proceedings and the Terrorism the officers were conducting for many years to the public and to inmates while being incarcerated.

Trial Court No: B20764-1806, B20784-1806, B20820-1806

Court of Criminal Appeals Writ Number: WR-90,440-01, WR-90,440-02, WR-90, 440-03

20.     ON or about <u>**March 02, 2020,**</u> the Plaintiff had also filed a Petition of Discretionary Review due to the Hale County Appeal(s) to the Court of Criminal Appeals in Austin, TX basing his grounds off the Domestic Terrorism.

21.     ON or about <u>April 2019,</u> Louis Gonzales had written a **300** plus page statement; **60,000** plus worded ~~statement~~ description of the Criminal Conduct the officers have been conducting, in which his family possesses.

20.

 

**U.S. Department of Justice**
Civil Rights Division

168-73-0/671447

*Special Litigation Section - PHB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

September 12, 2019

Louis Gonzales
Lubbock County Jail
P.O. Box 10535
Lubbock, TX 78401

Dear Mr. Gonzales:

Thank you for your letter. The Special Litigation Section relies on information from community members to identify civil rights violations. Each week, we receive hundreds of reports of potential violations. We collect and analyze this information to help us select cases, and we may also use this information as evidence in an existing case. We will review your letter to decide whether it is necessary to contact you for additional information. We do not have the resources to follow-up on every letter.

The Special Litigation Section is one of several Sections in the Civil Rights Division. We work to protect civil rights in four areas: 1) the rights of people in state or local institutions, including: jails, prisons, juvenile detention facilities, and health care facilities for persons with disabilities (including whether persons in health care facilities should be getting services in the community instead); 2) the rights of people who interact with state or local police or sheriffs' departments; 3) the rights of people to have safe access to reproductive health care clinics or religious institutions; and 4) the rights of people to practice their religion in state and local institutions. We are not authorized to address issues with federal facilities or federal officials.

If your concern is not within this Section's area of work, you may wish to consult the Civil Rights Division web page to find the correct section: www.justice.gov/crt.

The Special Litigation Section only handles cases that arise from widespread problems that affect groups of people. We do not assist with individual problems. We cannot help you recover damages or any personal relief. We cannot assist in criminal cases, including wrongful convictions, appeals or sentencing.

If you have an individual problem or seek compensation or some other form of personal relief, you may wish to consult a

private attorney or a non-profit or legal aid organization for assistance. There are only two areas in which we can assist an individual or address a single incident: 1) we may be able to assist you if you are being prevented from practicing your religion in a prison, jail, mental hospital or other facility operated by or for a state or local government; 2) we may be able to assist you if you have experienced force or the threat of force when accessing a reproductive health care facility or religious institution.

For more information about the Special Litigation Section or the work we do, please visit our web page: www.justice.gov/crt/about/spl/.

Sincerely,

/s/

Steven H. Rosenbaum
Section Chief
Special Litigation Section

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

September 27, 2019

Louis Gonzales
Inmate #: 211309
PO Box 10535
Lubbock, TX 79401

Re: 201905906 - Louis Gonzales -Jerry Matthews

Dear Mr. Gonzales:

The Office of Chief Disciplinary Counsel of the State Bar of Texas has received your grievance against the above-referenced lawyer. When a grievance is received, this office conducts an initial review to determine whether the alleged conduct would be a violation of the ethics rules. If the conduct does not allege a violation, the grievance is classified as an Inquiry and dismissed with a right to appeal the dismissal. If the conduct alleges a violation, the grievance is classified as a Complaint and investigated.

The records of the State Bar indicate that the lawyer is deceased. Because there is no further action for this office to take in this matter, your grievance has been dismissed as an Inquiry and our file has been closed.

Enclosed you will find information regarding the Client Security Fund. The Fund compensates clients of attorneys who have stolen client funds, or failed to refund an unearned fee. To learn if you are eligible, call 1-877-953-5535.

In compliance with the Texas Rules of Disciplinary Procedure, the Office of the Chief Disciplinary Counsel maintains confidentiality throughout the grievance process. If you have any questions about the dismissal of your grievance, I can be reached at (877) 953-5535.

Sincerely,

D. Smith
Assistant Disciplinary Counsel

DAS/nw

Enclosures: Client Security Fund



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## OFFICE OF THE INSPECTOR GENERAL

Cris Love
Inspector General

Joseph Buttitta
Director

December 4, 2019

Louis Gonzales #211309
Lubbock County Jail
P.O. Box 10535
Lubbock, TX 79408

RE:    Dallas County

The Texas Department of Criminal Justice Office of the Inspector General is in receipt of your correspondence regarding your complaints against district attorneys, judges, police officers, and county jails.

The Texas Department of Criminal Justice Office of the Inspector General has jurisdiction over crimes that occur within the prison system.

Allegations presented in this correspondence do not fall under the investigative purview of the Texas Department of Criminal Justice Office of the Inspector General. No OIG investigation will be initiated.

Sincerely,

Records Section
Texas Department of Criminal Justice
Office of the Inspector General

CC: File

Louis Gonzales #2299668
Huntsville Unit
815 12th Street
Huntsville, TX 77348



United States District Court
Northern District of Texas
Office of The Clerk
1100 Commerce, Room 1452
Dallas, TX 75242-1495

Legal mail