# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

## NOTICE OF CASE FILING

| | |
|---|---|
| Date Case filed: | **April 15, 2020** |
| Style of Case: | **Louis Gonzales**<br>v.<br>**Texas Department of Criminal Justice, et al.** |
| Case number: | **4:20–cv–01338** |
| District Judge assigned: | **Judge Lee H. Rosenthal** |
| Nature of Claim: | **Civil Rights NOS 550** |

**Your case has been filed as a Prisoner Civil Rights Complaint.**

*Please write or type the civil action number on the front of all letters and documents. Address all mail to:*

**United States District Clerk's Office
P.O. Box 61010
Houston, TX 77208–1010**

*The case will be handled in the ordinary course of the Court's work. Writing to the Court to ask about your case will only SLOW the process.*

Date: April 15, 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**NOTICE OF THE RIGHT TO TRY
A CIVIL CASE BEFORE A MAGISTRATE JUDGE**

With the consent of all the parties, a United States Magistrate Judge may preside in a civil case, including jury trial and final judgment.

The choice of trial before a magistrate judge is entirely yours. Tell only the clerk. Neither the judge or magistrate judge will be told until all the parties agree.

The district judge to whom your case is assigned must approve the referral to a magistrate judge.

You may get consent forms from the clerk.

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Louis Gonzales | § § | |
| *versus* | § § | Civil Action 4:20–cv–01338 |
| Texas Department of Criminal Justice, et al. | § § | |

# Consent to Proceed Before a Magistrate Judge

    All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

_____  _____

_____  _____

# Order to Transfer

This case is transferred to United States Magistrate Judge

_____

to conduct all further proceedings, including final judgment.

_____  _____
Date                                          United States District Judge